NUMBER
13-04-637-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_________________________________________________________

 

TED H. BENSEN,                                                      Appellant,

 

                                           v.

 

GLORIA BENSEN,                                                      Appellee.

_________________________________________________________

 

                 On
appeal from the 148th 
District Court

                           of
Nueces County, Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellant, TED H. BENSEN, perfected an appeal from a
judgment entered by the 148th District Court of Nueces
County, Texas, in cause number 03-0304-E.  After the record was filed and after the
appeal was referred to mediation, appellant filed a motion to dismiss the appeal.  In the motion, appellant states that this
case has been resolved.  Appellant
requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 6th day of October, 2005.